UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS JOHN HEILMAN, | ) | No. CV 15-9987 JVS (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| R.L. FURSTER, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2018

_____
JAMES V. SELNA
United States District Court Judge